## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | )    C. A. No. 04-859 - GMS |
| | ) |
| THE GILLETTE COMPANY, GILLETTE | ) |
| HOLDING COMPANY, INC., ORAL-B | ) |
| LABORATORIES AND BRAUN GMBH, | ) |
| | ) |
| Defendants/Counterclaimants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that copies of the

following documents were caused to be served on April 11, 2005 on the attorneys of

record at the following addresses as indicated:

      1.    Philips' Response to Gillette's First Set of Interrogatories (Nos. 1-

13); and

      2.    Philips' Response to Gillette's First Request for the Production of

Documents and Things (Nos. 1-90).

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347


**VIA FEDERAL EXPRESS**

John E. Nathan
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. DiMatteo
Kelsey I. Nix
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8000

By:_____

    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000

*Attorneys for Plaintiff*
*Philips Oral Healthcare, Inc.*

Dated:  April 12, 2005


677618 / 28164

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 12, 2005, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

of such filing(s) to the following and the document is available for viewing and downloading

from CM/ECF.

> Jack B. Blumenfeld
> Morris, Nichols, Arsht, & Tunnell
> 1201 North Market Street
> P. O. Box 1347
> Wilmington, DE  19899-1347

I hereby certify that on April 12, 2005, I have Federal Expressed the documents to

the following non-registered participants:

> John E. Nathan
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY  10019-6064

_____
David E. Moore

645275