IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIPS ORAL HEALTHCARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-859-GMS |
| | ) | |
| THE GILLETTE COMPANY, | ) | |
| GILLETTE HOLDING COMPANY, | ) | |
| INC., ORAL-B LABORATORIES and | ) | |
| BRAUN GMBH | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendants' Response to Plaintiff's First Set of Interrogatories; and (2) Defendants' Response to Plaintiff's First Set of Requests for Production of Documents were caused to be served on March 25, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19801

John M. DiMatteo
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
E-mail address: mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendants

OF COUNSEL:

John E. Nathan
Anne C. Shelby
Michael Beck
Larry A. Coury
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000


April 12, 2005