IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-859-GMS |
| ) | |
| THE GILLETTE COMPANY, ) | |
| GILLETTE HOLDING COMPANY, ) | |
| INC., ORAL-B LABORATORIES and ) | |
| BRAUN GMBH ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2005, I electronically filed a Notice of Service for (1) Defendants' Response to Plaintiff's First Set of Interrogatories; and (2) Defendants' Response to Plaintiff's First Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE  19801

I hereby certify that on April 12, 2005, I have caused to be sent by Federal Express, the Notice of Service for (1) Defendants' Response to Plaintiff's First Set of Interrogatories; and (2) Defendants' Response to Plaintiff's First Set of Requests for Production of Documents to the following non-registered participants:

> John M. DiMatteo
> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, NY  10019-6099

MORRIS, NICHOLS, ARSHT & TUNNELL

   /s/ Maryellen Noreika (#3208)
Maryellen Noreika (#3208)
E-mail address:  mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendants