IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIPS ORAL HEALTHCARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-859-GMS |
| | ) | |
| THE GILLETTE COMPANY, | ) | |
| GILLETTE HOLDING COMPANY, | ) | |
| INC., ORAL-B LABORATORIES and | ) | |
| BRAUN GMBH | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit A will be served upon TDY Industries, Inc., f/k/a Teledyne Industries, Inc., c/o CT Corporation System, 111 8th Avenue, New York, NY 10011.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendants

OF COUNSEL:

John E. Nathan
Anne C. Shelby
Michael Beck
Larry A. Coury
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

May 2, 2005

CERTIFICATE OF SERVICE

       I, Jack B. Blumenfeld, hereby certify that on May 2, 2005 I electronically filed Notice of Service of Subpoena with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> rhorwitz@potteranderson.com

       I also certify that copies were caused to be served on May 2, 2005 upon the following in the manner indicated:

> BY HAND
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801
>
> BY FEDERAL EXPRESS
>
> John M. DiMatteo
> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, NY  10019-6099

/s/   Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com