IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | C. A. No. 04-859 - GMS |
| ) | |
| THE GILLETTE COMPANY, ) | |
| GILLETTE HOLDING COMPANY, INC., ) | |
| ORAL-B LABORATORIES AND ) | |
| BRAUN GMBH, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that copies of Philips' List Of Proposed Claim Constructions were caused to be served on May 27, 2005 on the attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347


## VIA FEDERAL EXPRESS

John E. Nathan
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
|  | By: _____ |
| John M. DiMatteo | Richard L. Horwitz (#2246) |
| Kelsey I. Nix | David E. Moore (#3983) |
| WILLKIE FARR & GALLAGHER LLP | Hercules Plaza, 6th Floor |
| 787 Seventh Avenue | 1313 North Market Street |
| New York, New York 10019-6099 | P. O. Box 951 |
| (212) 728-8000 | Wilmington, DE  19899-0951 |
|  | (302) 984-6000 |
| Dated:  May 27, 2005 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
|  | |
|  | *Attorneys for Plaintiff* |
|  | *Philips Oral Healthcare, Inc.* |

684180 / 28164

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 27, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

>Jack B. Blumenfeld
>Morris, Nichols, Arsht, & Tunnell
>1201 North Market Street
>P. O. Box 1347
>Wilmington, DE  19899-1347

I hereby certify that on May 27, 2005, I have Federal Expressed the documents to the following non-registered participants:

>John E. Nathan
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>1285 Avenue of the Americas
>New York, NY  10019-6064

>/s/ David E. Moore
>_____
>Richard L. Horwitz
>David E. Moore
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-0951
>(302) 984-6000
>rhorwitz@potteranderson.com
>dmoore@potteranderson.com

645275