# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

June 23, 2005

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:    Philips v. Gillette; C.A. No. 04-859 (GMS)

Dear Judge Sleet:

I am writing on behalf of defendants. I have been advised that the parties have reached an agreement in principle to settle this action, as part of a worldwide settlement, and to stand down in the litigation while they work on a settlement agreement. Under the Scheduling Order, the parties' Joint Claim Chart is due tomorrow. The parties request relief from that date. Defendants also suggest a telephone conference to discuss the status with Your Honor. We thank you in advance for your consideration.

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Richard L. Horwitz, Esquire (By Hand)
       John M. DiMatteo, Esquire (By Fax)
       John E. Nathan, Esquire (By Fax)