## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 27, 2005

TO:   COUNSEL

RE:   Philips Healthcare v. Gillette Company, et al.
      Civil Action No. 04-859 (GMS)

Dear Counsel:

Please submit to the court a jointly prepared status letter in connection with the aforementioned case, via electronic case filing, by August 8, 2005.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager