

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

August 4, 2005

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

      Re:    Philips Oral Healthcare, Inc. v. The Gillette Company, et al.
             C. A. No. 04-859-GMS

Dear Judge Sleet:

      I am writing in response to Your Honor's request for a status report in the above-referenced matter, to inform the Court that the parties are in the process of exchanging a draft settlement and license agreement and that we expect to be done before the end of August or beginning of September.

      Counsel are available at the Court's convenience if Your Honor has any questions.

      Respectfully submitted,

      /s/ Richard L. Horwitz

      Richard L. Horwitz

693232
cc:    Clerk of the Court (via hand delivery)
       Jack B. Blumenfeld (via hand delivery)
       John M. DiMatteo (via facsimile)
       John E. Nathan (via facsimile)