IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GILLETTE COMPANY, GILLETTE HOLDING COMPANY, INC., ORAL-B LABORATORIES and BRAUN GMBH <br><br> Defendants. | C.A. No. 04-859 (GMS) |

## STIPULATION AND [PROPOSED] ORDER DISMISSING THIS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of an agreement reached between the parties, the parties hereby stipulate, subject to approval of the Court, that the action be dismissed with prejudice, with each party bearing its own attorneys' fees, costs and expenses relating thereto.

Dated: 9/27, 2005

_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000

John M. DiMatteo (admitted *pro hac vice*)
Kelsey I. Nix (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

*Attorneys for Plaintiff Philips Oral Healthcare, Inc.*

Dated: 9/27, 2005

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

John E. Nathan (admitted *pro hac vice*)

Michael Beck (admitted *pro hac vice*)
Larry A. Coury (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants The Gillette Company, Gillette Holding Company, Inc., Oral-B Laboratories, and Braun GmbH*

SO ORDERED:

Dated: _____, 2005

_____
United States District Judge